NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-1418

TAMMY MAXWELL SMOLOSKI

VERSUS

JOHN SMOLOSKI

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, DOCKET NUMBER 31,812
HONORABLE J.P. MAUFFRAY, PRESIDING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SYLVIA R. COOKS**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**REVERSED AND REMANDED**

Paul A. Lemke, III
Attorney at Law
P.O. Box 159
Harrisonburg, Louisiana 71340
COUNSEL FOR APPELLANT:

John Vincent Smoloski

Lloyd E. Hennigan, Jr.
Attorney at Law
P.O. Box 1970
Jena, Louisiana 71342
COUNSEL FOR APPELLEE:
        Tammy Maxwell Smoloski